| | |
|---|---|
| ALLEN HAMMLER,<br><br>                Plaintiff,<br><br>    v.<br><br>CLARK, et al.,<br><br>                Defendants. | No. 2:19-cv-0020 CKD P<br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a California prisoner pro se. He has filed a complaint for injunctive relief concerning the food which is being served to him in prison. Since plaintiff is housed at California State Prison, Corcoran[1] and California State Prison, Corcoran lies within Kings County, the Fresno Division of this court is the proper venue. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

---

[1] In his complaint, plaintiff asserts he will be transferred to California State Prison, Sacramento for the duration of a trial in 2:15-cv-1645 TLN EFB P beginning April 1. A review of the docket in that case reveals that the April 1 trial date has been vacated and trial has been re-set for January 13, 2020.

1

| | |
|---|---|
| 1 | Good cause appearing, IT IS HEREBY ORDERED that: |
| 2 | 1. This action is transferred to the United States District Court for the Eastern District of |
| 3 | California sitting in Fresno; and |
| 4 | 2. All future filings shall reference the new Fresno case number assigned and shall be |
| 5 | filed at: |

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: March 21, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hamm1645.trn