# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>    v.<br><br>CLARK, et.al.,<br><br>        Defendants. | Case No.: 1:19-cv-00373-AWI-SAB (PC)<br><br>ORDER FOR CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S JULY 10, 2019, ORDER<br><br>[ECF No. 34] |

Plaintiff Allen Hammler is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 16, 2019, the Court found that service of the complaint was appropriate as to Defendants Gamboa, Peterson, Garza, Saucedo, Uhlik and Clark for violation of the First Amendment, and electronic service was ordered, which directed the California Department of Corrections and Rehabilitation (CDCR) to "file with the Court the 'CDCR Notice of E-Service Waiver' advising the Court which defendant(s) … will be waiving service of process without the need for personal service by the United States Marshal." (ECF No. 34, Order at 2:27-3:1.) However, CDCR has not returned the Notice of E-Service waiver and the forty day time period has expired.

*///*

*///*

1

Accordingly, it is HEREBY ORDERED that within twenty (20) days CDCR shall show cause why sanctions should not be imposed for failure to comply with the Court's July 10, 2019, order. <u>The Clerk of Court shall serve a copy of this order on Supervising Deputy Attorney General, Monica Anderson, at monica.anderson@doj.ca.gov</u>.

IT IS SO ORDERED.

Dated: **August 21, 2019**

_____
UNITED STATES MAGISTRATE JUDGE