# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CLARK, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00373-AWI-SAB (PC)<br><br>ORDER VACATING ORDER TO SHOW CAUSE ISSUED AUGUST 22, 2019<br><br>[ECF No. 40] |

Plaintiff Allen Hammler is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 22, 2019, the Court issued an order for the California Department of Corrections and Rehabilitation to show cause why sanctions should not be imposed for failure to comply with the Court's July 10, 2019, e-service order, namely, the failure to return the Notice of E-Service waiver.

Inasmuch as the Notice of E-Service waiver was returned on August 21, 2019 (and docketed on August 22, 2019), the Court's August 22, 2019, order to show cause is VACATED.  The Clerk of Court is directed to serve a copy of this order on Supervising Deputy Attorney General, Monica Anderson at monica.anderson@doj.ca.gov.

IT IS SO ORDERED.

Dated:  **August 23, 2019**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1