1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>    v.<br><br>CLARK, et.al.,<br><br>        Defendants. | Case No.: 1:19-cv-00373-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR RULING ON MOTION FOR PRELIMINARY INJUNCTION<br><br>[ECF No. 45] |

       Plaintiff Allen Hammler is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

       On September 6, 2019, Plaintiff filed a request for ruling on his motion for preliminary injunction filed on August 16, 2019.

       Plaintiff is advised that on August 22, 2019, the undersigned issued Findings and Recommendations recommending to denial Plaintiff's motion a preliminary injunction. (ECF No. 39.) The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen days. To date, Plaintiff has not filed objections. Instead, Plaintiff filed the instant request for a ruling on his motion. Plaintiff is advised that since the deadline to file objections has passed, the Findings and Recommendations will be taken under review by the assigned District Judge pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2).

1

Plaintiff is further advised that the Court reviews and issues rulings on motions in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Therefore, Plaintiff's request for an expedited ruling on his motion for a preliminary injunction is denied.

IT IS SO ORDERED.

Dated: __**September 10, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE