# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLARK, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00373-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF INITIAL COMPLAINT<br><br>[ECF No. 53] |

Plaintiff Allen Hammler is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for a copy of the initial complaint, filed October 11, 2019. Plaintiff requests that the Court direct the Warden to provide him a copy of the initial complaint to determine whether he wishes to further amend the complaint. Plaintiff is advised that May 17, 2019, the Court screened the complaint, found that Plaintiff stated a cognizable claim against Defendants Gamboa, Peterson, Garza, Saucedo and Uhlik for violation of the First Amendment, and granted Plaintiff the opportunity to amend the complaint or notify the Court of his intent to proceed on the claim found to be cognizable. On May 28, 2019, Plaintiff filed a notice of intent to proceed on the claim found to be cognizable. Therefore, on May 30, 2019, the undersigned issued Findings and Recommendations recommending that this action proceed only the First

1

Amendment claim against Defendants Gamboa, Peterson, Garza, Saucedo and Uhlik, and all other claims be dismissed for failure to state a cognizable claim for relief. (ECF No. 28.) The Findings and Recommendations were adopted in full on July 9, 2019, and e-service of the complaint was ordered on July 10, 2019. (ECF No. 32.) On September 18, 2019, the waivers of service were returned and Defendants answer is presently due on or before October 21, 2019. In light of the procedural posture of this case, Plaintiff has failed to demonstrate the need for a copy of the initial complaint, at this time.

Furthermore, Plaintiff is advised that the Court does not ordinarily provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff except by order of the judge.

Accordingly, Plaintiff's motion is denied, without prejudice.

IT IS SO ORDERED.

Dated: **October 15, 2019**

UNITED STATES MAGISTRATE JUDGE