# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLARK, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00373-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>[ECF Nos. 49, 50] |

　　　　Plaintiff Allen Hammler is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 23, 2019, the Magistrate Judge issued a Findings and Recommendation recommending that Plaintiff's motion for summary judgment be denied as premature and procedurally defective. (ECF No. 50.) The Findings and Recommendation was served on Plaintiff and contained notice that objections were due within fourteen (14) days. (Id.) No objections were filed and the time to do so has expired.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendation filed on September 23, 2019, is adopted in full; and
2. Plaintiff's motion for summary judgment, filed on September 20, 2019 (ECF No. 49) is denied as premature and procedurally defective.

IT IS SO ORDERED.

Dated:  October 22, 2019

SENIOR DISTRICT JUDGE