# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>    v.<br><br>CLARK, et.al.,<br><br>        Defendants. | Case No.: 1:19-cv-00373-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING DEFENDANTS' MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND POST SECURITY<br><br>[ECF Nos. 56, 61, 63] |

Plaintiff Allen Hammler is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 13, 2019, the Magistrate Judge issued a Findings and Recommendation recommending that Defendants' motion to declare Plaintiff a vexatious litigant and post security be denied. (ECF No. 63.) The Findings and Recommendation was served on Plaintiff and contained notice that objections were due within twenty-one days. (Id.) No objections were filed and time to do so has now expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on December 13, 2019, are adopted in full; and

2. Defendants' motion to declare Plaintiff a vexatious litigant and post security (ECF No. 56) is DENIED; and

3. Plaintiff's motion to file a surreply (ECF No. 61) is denied as moot.

IT IS SO ORDERED.

Dated: February 20, 2020

SENIOR DISTRICT JUDGE