# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CLARK, et al.,<br><br>　　　　Defendants | CASE NO. 1:19-CV-373 AWI SAB<br><br>**ORDER FOR DEFENDANTS TO RESPOND TO FINDINGS AND RECOMMENDATION AND OBJECTIONS BY PLAINTIFF** |

　　This is a civil rights lawsuit brought by pro se Plaintiff Allen Hammler against various staff personnel at Corcoran state prison. In a nutshell, Plaintiff contends that Defendants are violating his First Amendment rights by not providing him with properly prepared and fully cooked Kosher meals.

　　On December 23, 2019, Plaintiff filed a motion for preliminary injunction. See Doc. No. 64.

　　On December 30, 2019, the Magistrate Judge issued a findings and recommendation to deny the preliminary injunction. See Doc. No. 65.

　　On January 15, 2020, Plaintiff filed objections to the findings and recommendation. See Doc. No. 68. Although the objections are not sworn, Plaintiff objects that Defendants are daily interfering with Plaintiff's meals, that the conduct is not sporadic, and that this is causing him to miss meals. See id. Plaintiff states that he is being starved and now weighs only 127 lbs. See id.

　　Plaintiff's objections do not provide several important details.[1] Nevertheless, the Court finds that the matters raised in Plaintiff's objections warrant a response from Defendants. The

---

[1] For example, Plaintiff does not explain which meals he is able to consumer and he does not explain his weight loss history or what his normal weight may be. Without additional information, Plaintiff stating that his current weight is 127 lbs. tells the Court very little.

Court will order Defendants to respond to both the findings and recommendation and the Plaintiff's objections thereto. As part of the response, Defendants should include appropriate documents or declarations as may be necessary to support their response to Plaintiff's objections.

**ORDER**

Accordingly, IT IS HEREBY ORDERD that, within fourteen (14) days of service of this order, Defendants shall file a response to the December 23, 2019, findings and recommendation and Plaintiff's objections thereto.

IT IS SO ORDERED.

Dated:   February 25, 2020

_____
SENIOR DISTRICT JUDGE