UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-00373-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A FURTHER RESPONSE TO COMPLAINT WITHIN TWENTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER |

Plaintiff Allen Hammler is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 20, 2020, the Court denied Defendants' motion to declare Plaintiff a vexatious litigant and post security. (ECF No. 70.)

Accordingly, within **twenty (20)** days from the date of service of this order, Defendants shall file a further response to the complaint. <u>The failure to comply with this order may result in the imposition of sanctions.</u>

IT IS SO ORDERED.

Dated: __March 18, 2020__

                                                   UNITED STATES MAGISTRATE JUDGE