# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>      Plaintiff,<br><br>    v.<br><br>CLARK, et.al.,<br><br>      Defendants. | Case No.: 1:19-cv-00373-AWI-SAB (PC)<br><br>ORDER DENYING, AS MOOT, PLAINTIFF'S MOTION FOR RULING ON REQUEST FOR RECONSIDERATION<br><br>[ECF No. 89] |

Plaintiff Allen Hammler is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for a ruling on his motion for reconsideration, filed on May 14, 2020.

Plaintiff is advised that the Court denied his motion for reconsideration on May 7, 2020, therefore, his request for a ruling is denied as moot.

IT IS SO ORDERED.

Dated: __May 15, 2020__

                                        UNITED STATES MAGISTRATE JUDGE

1