**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLARK, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00373-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, WITHOUT PREJUDICE<br><br>[ECF Nos. 88, 92] |

Plaintiff Allen Hammler is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 16, 2020, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion for summary judgment be denied, without prejudice.  (ECF No. 92.)  The Findings and Recommendation was served on Plaintiff and contained notice that objections were due within fourteen (14) days.  (Id.)  On June 29, 2020, Plaintiff filed objections, and Defendants filed a response on July 6, 2020.  (ECF Nos. 94, 95.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.    The Findings and Recommendations filed on June 16, 2020 (Doc. No. 92) are adopted

3            in full; and

4        2.    Plaintiff's motion for summary judgment, filed on May 13, 2020 (ECF No. 88) is

5            denied, without prejudice.

6

7    IT IS SO ORDERED.

8    Dated:   August 20, 2020                      _____

9                                  SENIOR  DISTRICT  JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28