**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>    v.<br><br>CLARK, et.al.,<br><br>        Defendants. | Case No.: 1:19-cv-00373-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 111) |

Plaintiff Allen Hammler is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed December 8, 2020.

Good cause having been presented, it is HEREBY ORDERED that the discovery deadline is extended to February 8, 2021, and the dispositive motion deadline is extended to April 16, 2021. All other substantive provisions of the Court's April 8, 2020 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **December 8, 2020**

UNITED STATES MAGISTRATE JUDGE

1