UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>             Plaintiff,<br><br>        v.<br><br>CLARK, et.al.,<br><br>             Defendants. | Case No.: 1:19-cv-00373-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A COURTESY COPY OF FIRST AMENDED COMPLAINT<br><br>(ECF No. 114) |

   Plaintiff Allen Hammler is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Plaintiff's request for a courtesy copy of his first amended complaint, filed January 7, 2020.

   Plaintiff is advised that the Court does not ordinarily provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff except by order of the judge.

1

However, the Court will make a one-time exception in this instance given Plaintiff's allegation that at the time he filed the first amended complaint he was unable to make an extra copy at the prison facility.  Accordingly, it is HEREBY ORDERED that the Clerk of Court shall send Plaintiff a courtesy copy of his first amended complaint, filed on April 17, 2020 (ECF No. 86.)

IT IS SO ORDERED.

Dated:   **January 8, 2021**

UNITED STATES MAGISTRATE JUDGE