# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>v.<br><br>CLARK, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00373-AWI-SAB-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 128) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2021, the Court received the instant motion for a ruling on the first motion for extension of time and a request for a second thirty-day extension. (ECF No. 128). Plaintiff states that on May 11, 2021, he forwarded a motion for extension of time to file an opposition to the motion for summary judgment and has not yet received a ruling. Plaintiff requests a second thirty-day extension "for just cause and in good faith." (Id. at 2).

The Court notes that it did not receive Plaintiff's first motion for extension of time. Although Plaintiff does not provide the Court with any reason for the extension request, the Court will grant Plaintiff a thirty-day extension in light of his pro se status and in the interest of justice.

///

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted THIRTY (30) days from the date of service of this order to file an opposition to the motion for summary judgment.

IT IS SO ORDERED.

Dated: **June 23, 2021**

_____
UNITED STATES MAGISTRATE JUDGE