# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>  Plaintiff,<br><br>  v.<br><br>CLARK, et.al.,<br><br>  Defendants. | Case No.: 1:19-cv-00373-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 123, 137) |

Plaintiff Allen Hammler is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 27, 2022, the Magistrate Judge issued a Findings and Recommendations recommending that Defendants' motion for summary judgment be granted.  (Doc. No. 137.)  The Findings and Recommendation was served on the parties and contained notice that objections were due within twenty-one (21) days.  (Id.)  On February 24, 2022, Plaintiff filed objections.  (Doc. No. 138.)  On March 9, 2022, Defendants filed a response.  (Doc. No. 139.)

In his objections, Plaintiff contends that the Court "assumed" that meals arrive precooked to the prison and he was denied evidence from the manufacturer to support such claim.  Contrary to Plaintiff's contention, the Court denied Plaintiff's motion to compel because his request was

1

insufficient to warrant a response. (Doc. No. 106.) Thus, Plaintiff's vague reference to evidence from the manufacturer is based on nothing more than speculation and does not substantially challenge the analysis set forth in the Findings and Recommendations. Furthermore, it remains undisputed that any burden on the ability of Plaintiff to practice his religion was de minimis.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections and Defendants' response, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations (Doc. No. 137) filed on January 27, 2022, are adopted in full;
2. Defendants' motion for summary judgment (Doc. No. 123) filed on April 16, 2021 is granted; and
3. The Clerk of Court shall enter judgment in favor of Defendants.

IT IS SO ORDERED.

Dated: March 24, 2022

SENIOR DISTRICT JUDGE